MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN TOLKOFF (NYBN 4294443)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AHMED RACHID, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 12-0307 WHA <br><br> STIPULATION AND [PROPOSED] ORDER SETTING MOTIONS BRIEFING DATES AND EXCLUDING TIME <br><br> Date: June 5, 2012 <br> Time: 2:00 p.m. |

On June 5, 2012, the parties made their initial appearance before the Court. The parties requested and the Court ordered a briefing schedule for a motion to suppress. The parties agreed that the defendant would file his motion on June 19, the government would respond on July 6, the defendant would reply on July 14 and the government would file a sur-reply (if any) on July 17, 2012. The parties and the Court agreed that arguments on the motion would be heard on August 8, 2012. The parties further agreed that the time between June 5 and June 19 is excluded under the Speedy Trial Act, to allow for effective preparation of counsel, 18 U.S.C. §3161(h)(7)(B)(iv).

//

STIP. & [PROP.] ORD. SETTING MTS BRIEFING SCHED. & STA EXCL.
U.S. v. RACHID; CR 12-0307 WHA

SO STIPULATED.

DATED: June 6, 2012                MELINDA HAAG
                                   United States Attorney
                                   /s/
                                   _____
                                   BENJAMIN TOLKOFF
                                   Assistant United States Attorney

DATED: June 6, 2012                /s/
                                   _____
                                   BRIAN NEWMAN
                                   Attorney for AHMED RACHID

For the reasons set forth above, the time between June 5 and June 19 is excluded from the running of the Speedy Trial clock. Failure to grant the exclusion would deny the defendant effective preparation of counsel and would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(iv). The parties shall submit their filings on or before the dates set forth in the order setting the briefing schedule (Dkt. No. 19).

Dated:   June 11, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE