MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN TOLKOFF (CABN NYBN 4294443)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AHMED RACHID, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 12-0307 WHA <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING <br><br> Date: September 4/September 18, 2012 <br> Time: 2:00 p.m. |

On June 19, 2012, the parties appeared before the Court and set a schedule for the briefing of a motion to suppress. On August 1, the defendant filed his motion to suppress and on August 15 the government responded. The Court is currently scheduled to hear argument on the motion on September 4, 2012. However, due to a scheduling error by government counsel, government counsel will be out of the country on September 4, 2012. The parties have conferred with the Court's deputy and have been informed that the Court is available to hear argument on this matter on September 18. The parties therefore stipulate that this matter should be continued until September 18, 2012. Exclusion of this time from the running of the speedy trial clock is automatic because the defendant's motion has been filed and is under consideration of the Court.

//

STIP. AND [PROP.] ORD. TO CONT. HEARING
U.S. v. RACHID; CR 12-0307 WHA

SO STIPULATED.

DATED: August 20, 2012

MELINDA HAAG
United States Attorney

_____/s/_____
BENJAMIN TOLKOFF
Assistant United States Attorney

DATED: August 20, 2012

_____/s/_____
STUART HANLON
Attorney for AHMED RACHID

For the reasons set forth above, the Court hereby orders this matter continued from September 4, to September 18, 2012.

SO ORDERED.

DATED: August 22, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE