MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN TOLKOFF (CABN NYBN 4294443)
Assistant United States Attorney
  450 Golden Gate Ave., Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7200
  Fax: (415) 436-7234
  E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> AHMED RACHID, <br>     Defendant. | No. CR 12-0307 WHA <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING <br><br> Date: September 4/September 18, 2012 <br> Time: 2:00 p.m. |

On June 19, 2012, the parties appeared before the Court and set a schedule for the briefing of a motion to suppress. On August 1, the defendant filed his motion to suppress and on August 15 the government responded. The Court is currently scheduled to hear argument on the motion on September 4, 2012. However, due to a scheduling error by government counsel, government counsel will be out of the country on September 4, 2012. The parties have conferred with the Court's deputy and have been informed that the Court is available to hear argument on this matter on September 18. The parties therefore stipulate that this matter should be continued until September 18, 2012. Exclusion of this time from the running of the speedy trial clock is automatic because the defendant's motion has been filed and is under consideration of the Court.

//

STIP. AND [PROP.] ORD. TO CONT. HEARING
U.S. v. RACHID; CR 12-0307 WHA

SO STIPULATED.

DATED: August 20, 2012                MELINDA HAAG
                                      United States Attorney

                                      _____/s/_____
                                      BENJAMIN TOLKOFF
                                      Assistant United States Attorney


DATED: August 20, 2012

                                      _____/s/_____
                                      STUART HANLON
                                      Attorney for AHMED RACHID


    For the reasons set forth above, the Court hereby orders this matter continued from September 4, to September 18, 2012.

SO ORDERED.

DATED:  August 22, 2012.              _____
                                      William Alsup
                                      UNITED STATES DISTRICT JUDGE