MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

BENJAMIN TOLKOFF (CABN NYBN 4294443)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Benjamin.Tolkoff@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> AHMED RACHID, <br>     Defendant. | No. CR 12-0307 WHA <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING <br><br> Date: October 16/October 30, 2012 <br> Time: 2:00 p.m. |

    The parties are currently scheduled to appear on October 16, 2012 and the defendant is expected to change his plea. However, matters have arisen that require further exploration by the parties and the parties jointly request that this matter be continued for two weeks to afford the defendant and counsel adequate time to prepare. The parties stipulate that this matter should be continued until October 30, 2012. The parties further stipulate that the time between October 16 and October 30, 2012 is excluded under the speedy trial act for effective preparation of counsel and that the ends of justice served by this continuance outweigh the interest of the public in a speedy trial.

//

STIP. AND [PROP.] ORD. TO CONT. HEARING
U.S. v. RACHID; CR 12-0307 WHA

SO STIPULATED.

DATED: October 15, 2012

                MELINDA HAAG
                United States Attorney

                /s/
                BENJAMIN TOLKOFF
                Assistant United States Attorney

DATED: October 15, 2012

                /s/
                STUART HANLON
                Attorney for AHMED RACHID

For the reasons set forth above, the Court hereby orders this matter continued from October 16 to October 30, 2012. The time between October 16 and October 30, 2012 is excluded from the running of the speedy trial clock.

SO ORDERED.

DATED: October 16, 2012

APPROVED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. AND [PROP.] ORD. TO CONT. HEARING
U.S. v. RACHID; CR 12-0307 WHA